Jeremy Sugerman, Esq., SBN 146315
Jeanette E. Haggas, Esq., SBN 244713
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, California  94108
Telephone:  (415) 421-3100
Facsimile:  (415) 421-3150
Email: sugerman@gkhs.com
       haggas@gkhs.com
Attorneys for Defendant
GEOFFREY BYRUCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES KOENIG,<br><br>       Plaintiff,<br><br>  vs.<br><br>GEOFFREY BYRUCH, in his individual capacity and Member Manager of HFP Capital Markets, LLC, and "John Does, current unknown parties, Does 1-20,<br><br>       Defendants. | CASE NO. EDCV 11-01671-MMM(DBTx)<br><br>**NOTICE OF FILING OF MOTION TO TRANSFER AND COORDINATE PURSUANT TO 28 U.S.C. § 1407** |

**TO THE CLERK OF THIS COURT AND TO PLAINTIFF:**

    Please take notice that on December 30, 2011, pursuant to 28 U.S.C. section 1407, defendant Geoffrey Byruch together with HFP Capital Markets, LLC submitted for filing with the Judicial Panel on Mutlidistrict Litigation a motion for to transfer and coordination of this and four similar actions.  Copies of the motion and the supporting documents are attached hereto as Exhibits A through G.

    Defendant Geoffrey Byruch files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purposes of informing the Court of the pendency of the proceedings before

1  the MDL Panel and will keep the Court informed of further developments.

3  Dated: January 3, 2012						Respectfully submitted,

4										GORDON-CREED, KELLEY,
										HOLL & SUGERMAN, LLP

6								By:	*/s/ Jeremy Sugerman*
7										Jeremy Sugerman
										sugerman@gkhs.com
8										Attorneys for Defendant
9										GEOFFREY BYRUCH