JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-01671-MMM(DTBx) | Date | February 3, 2012 |

| | |
|---|---|
| Title | James Koenig vs Geoffrey Byruch, et al |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     [In Chambers] Court Order Dismiss Action

    On January 23, 2012, the court issued an Order to Show Cause why it should not dismiss this action for failure to appear for the Scheduling Conference and failure to comply with this court's order. A written response was due with ten (10) days of the order.

    No response having been filed, the court dismisses this action without prejudice.